01/13/2001 12:05 FAX 13075872591          JAMES REILLY CPA                      ☑011/019

Paul Hunter
Attorney at Law
2616 Central Avenue
Cheyenne, Wyoming 82001
307-637-0212  307-637-0262 (Fax)
attypaulhunter@prodigy.net

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF WYOMING

In re:                          )
                                )     Case No.
Samuel Jones Tilden,            )        Chapter 11
                                )
    Debtor.                     )


### STATEMENT REGARDING BALANCE SHEET, STATEMENT OF
### OPERATIONS, CASH FLOW STATEMENT AND TAX RETURNS

The debtor respectfully advises the court that he is not submitting a copy of a

balance sheet, cash flow statement, statement of operations with the petition because he

does not regularly prepare financial statements-including the balance sheet, cash flow

statement or statement of operations.

I declare under penalty of perjury that the foregoing statement is true and correct.

Dated this 23 day of February, 2010.

/s/ Samuel Jones Tilden