UNITED STATES BANKRUPTCY COURT
District of Wyoming

In re   Samuel Jones Tilden ,
               Debtor

Case No. _____

Chapter   11

## List of Equity Security Holders

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|

**The debtor has no equity security holders**