**UNITED STATES BANKRUPTCY COURT**
**District of Wyoming**

In re   Samuel Jones Tilden                     ,
                    Debtor

Case No. _____

Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc. | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| CBB Collection Inc
200 North 34th Street
Billings, MT 59107 | | | | 303.44 |
| Stephen Simonton
1222 11th Street
Cody, WY 82414 | | | | 740.00 |
| Marriott Vacation Club
P O Box 8038
Lakeland, FL 33802 | | | | 952.11 |
| Wells Fargo Bank
1401 Sheridan Ave
Cody, WY 82414 | | | | 5,000.00 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc. | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| Holm Blough & Co<br>1402 Stampede<br>Cody, WY 82414 | | | | 6,400.00 |
| Farm Credit Services<br>1401 Wilkins Cir,<br>Casper, WY 82601 | | | | 16,000.00<br>Collateral FMV<br>9,000.00 |
| Worral & Greear, PC<br>P O Box 552<br>Worland, WY 82401 | | | | 11,152.54 |
| American Express<br>P O Box 981535<br>El Paso, TX 78998 | | | | 12,986.23 |
| Capital One Bank<br>P O Box 30273<br>Salt Lake City, UT 84130-0273 | | | | 19,906.57 |
| Pinnacle Bank<br>1702 17th St Cody<br>Cody, WY 82414 | | | | 32,000.00 |
| ACS<br>P O Box 7052<br>Utica, NY 13504 | | | | 35,456.42 |
| Bank of America<br>P O Box 15026<br>Wilmington, DE 19850 | | | | 37,611.13 |
| American International<br>250 Lake Drive East<br>Chanhassen, MN 55317 | | | | 51,892.07 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-746 - 31043 - PDF-XChange 3.0

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Wells Fargo Bank
1401 Sheridan Ave
Cody, WY 82414 | | | | 81,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing list of twenty largest unsecured creditors and that it is true and correct to the best of my knowledge, information and belief.

Date  2/23/2010                         Signature  /s/ Samuel Jones Tilden
                                                   SAMUEL JONES TILDEN