B6D (Official Form 6D) (12/07)

In re __Samuel Jones Tilden_____,    Case No. _____
                  **Debtor**                                                                        **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4556<br>Bank of America<br>P O Box 5170<br>Simi Valley, CA 9362 | X | | Incurred: 1/1/01<br>Lien: First Mortgage<br>Security: 22 Castle Rock Rd, Cody, WY<br><br>VALUE $ 882,228.00 | | | | 267,578.00 | 0.00 |
| ACCOUNT NO.<br>Farm Credit Services<br>1401 Wilkins Cir,<br>Casper, WY 82601 | | | Lien: PMSI<br>Security: Tuffline Disc John Deere Gator<br><br>VALUE $ 9,000.00 | | | | 16,000.00 | 7,000.00 |
| ACCOUNT NO.<br>Harris Bank, NA<br>P.O. Box 6201<br>Carol Stream, IL 60197-6201 | | | Incurred: 4/07<br>Lien: PMSI in vehicle < 910 days<br>Security: 2007 Accura MDX<br><br>VALUE $ 35,025.00 | | | | 25,000.00 | 0.00 |

__1__ continuation sheets attached

Subtotal ▶ (Total of this page)     $ 308,578.00     $ 7,000.00

Total ▶ (Use only on last page)     $     $

(Report also on Summary of Schedules)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**B6D (Official Form 6D) (12/07) – Cont**.

In re ___Samuel Jones Tilden_____, Case No. _____
                                 **Debtor**                                      **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Marriott Vacation Club<br>P O Box 8038<br>Lakeland, FL 33802 | X | | Lien: PMSI<br>Security: Time Share<br><br>VALUE $ 35,000.00 | | | | 25,000.00 | 0.00 |
| ACCOUNT NO.<br>Pinnacle Bank<br>P O Box 218<br>Cody, WY 82414 | | | Incurred: 5/2/07<br>Lien: Second Mortgage<br>Security: 22 Castle Rock Rd, Cody, WY<br><br>VALUE $ 882,228.00 | | | X | 544,696.37 | 0.00 |
| ACCOUNT NO.<br>Tim Stubson<br>159 N. Wolcott, Suite 200<br>Casper, WY 82601-7009 | | | <br>VALUE $ 0.00 | | | | Notice Only | Notice Only |
| ACCOUNT NO. 4396<br>Wells Fargo Bank<br>P O Box 7666<br>Boise, ID 83707 | | | Incurred: 2004<br>Lien: First Mortgage<br>Security: 23 acres of undeveloped land, South fork, Cody, WY<br><br>VALUE $ 360,000.00 | | | | 38,653.60 | 0.00 |
| ACCOUNT NO.<br><br>VALUE $ | | | | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal(s) (Total(s) of this page) $ 608,349.97    $ 0.00

Total(s) (Use only on last page) $ 916,927.97    $ 7,000.00

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-746 - 31043 - PDF-XChange 3.0