B6F (Official Form 6F) (12/07)

In re __Samuel Jones Tilden_____,                              Case No. _____
             Debtor                                                                                     (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4932<br><br>ACS<br>P O Box 7052<br>Utica, NY 13504 | | | Incurred: 2006<br>Consideration: Student Loans | | | | 35,456.42 |
| ACCOUNT NO. 1001<br><br>American Express<br>P O Box 981535<br>El Paso, TX 78998 | | | Incurred: 2007<br>Consideration: Credit card debt<br>Personal and Business expenses | | | | 12,986.23 |
| ACCOUNT NO. cinn<br><br>American International<br>250 Lake Drive East<br>Chanhassen, MN 55317 | | | Incurred: 2008<br>Consideration: Personal Liability<br>for Business debt continuing Royalties and Advertising fees | | | | 51,892.07 |
| ACCOUNT NO. 4084<br><br>Bank of America<br>P O Box 15026<br>Wilmington, DE 19850 | | | Consideration: Credit card debt<br>Personal household and Business expenses | | | | 37,611.13 |

__3__ continuation sheets attached                                                  Subtotal ▶   $   137,945.85

                                                                                                                                                                            Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Samuel Jones Tilden                    ,    Case No. _____
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3171<br>Capital One Bank<br>P O Box 30273<br>Salt Lake City, UT 84130-0273 | | | Consideration: Credit card debt<br>Personal and Business expenses | | | | 19,906.57 |
| ACCOUNT NO. 8546<br>CBB Collection Inc<br>200 North 34th Street<br>Billings, MT 59107 | | | Incurred: 2009<br>Consideration: Collecting for Kenco Security | | | | 303.44 |
| ACCOUNT NO. lden<br>Holm Blough & Co<br>1402 Stampede<br>Cody, WY 82414 | X | | Consideration: Survey work in connection with land sale | | | | 6,400.00 |
| ACCOUNT NO. 2748<br>Marriott Vacation Club<br>P O Box 8038<br>Lakeland, FL 33802 | X | | Incurred: 1/1/10<br>Consideration: Operation fee | | | | 952.11 |
| ACCOUNT NO.<br>Pinnacle Bank<br>P O Box 218<br>Cody, WY 82414 | X | | Consideration: Personal guaranty for Business debt | X | X | | 0.00 |

Sheet no. 1 of 3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 27,562.12

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Samuel Jones Tilden                          ,    Case No. _____
               **Debtor**                                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Pinnacle Bank<br>1702 17th St Cody<br>Cody, WY 82414 | | | Incurred: 2009<br>Consideration: Overdraft | | | | 32,000.00 |
| ACCOUNT NO.<br>Small Business Adminstration<br>c/o WIDC Frontier CDC<br>232 East Second Street<br>Casper, WY 82601 | X | | Consideration: Personal guaranty for Business debt<br>Estaimated deficiency | X | X | | Notice Only |
| ACCOUNT NO.<br>Stephen Simonton<br>1222 11th Street<br>Cody, WY 82414 | | | Incurred: 2009<br>Consideration: Legal Services | | | | 740.00 |
| ACCOUNT NO.<br>U.S. Attorney<br>District of Wyoming<br>for the SBA<br>P.O. Box 668<br>Cheyenne, WY 82003 | | | | | | | 0.00 |
| ACCOUNT NO. 1057<br>Wells Fargo Bank<br>1401 Sheridan Ave<br>Cody, WY 82414 | | | Consideration: Overdraft Protection | | | | 5,000.00 |

Sheet no. 2 of 3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 37,740.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Samuel Jones Tilden_____, Case No. _____
                **Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Wells Fargo Bank<br>1401 Sheridan Ave<br>Cody, WY 82414 | X | | Consideration: Line of Credit | | | | 81,000.00 |
| ACCOUNT NO.<br>Worral & Greear, PC<br>P O Box 552<br>Worland, WY 82401 | | | Incurred: 2008<br>Consideration: Legal Services | | | | 11,152.54 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __3__ of __3__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                              Subtotal ▶ $ 92,152.54

                                   Total ▶ $ 295,400.51

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)